[No. 11910-6-III.  Division Three.  April 29, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE PONCE ALARCON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-01107-4, Robert N. Hackett, Jr., J., entered September 26, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[Nos. 11616-6-III; 11679-4-III.  Division Three.  April 29, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. RICARDO VALENZUELA, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JAVIER GUZMAN, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 91-1-00334-9, 91-1-00335-7, Robert N. Hackett, Jr., J., entered May 17, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 11127-0-III.  Division Three.  April 29, 1993.]

JESSIE M. LOPEZ, *Appellant,* v. WAYNE HELGESON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-2-00119-0, Donald W. Schacht, J., entered October 24, 1990. *Affirmed* by unpublished opinion per Yule, J. Pro Tem., concurred in by Munson, J., and Faris, J. Pro Tem.